**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Case No. 25-18606-RAM
Chapter 11

GYLMAR DEVELOPMENTS, INC.

Debtor(s) /

# CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession Gylmar Developments, Inc. files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): July 28, 2025

2. Names, case numbers and dates of filing of related debtors: N/A

3. Description of debtor's business: The Debtor owns real property located in Doral, Florida. The property is currently operating as a food manufacturing facility for its affiliate, I-M Lean, LLC. I-M Lean manufactures natural food products under the "Chef Cristy" brand, offering vegan cinnamon rolls, brownies, and other snacks sold Florida, New York and Maryland, including at Whole Foods stores. The Debtor has approved plans to redevelop the property, with the goal of leasing all or part the premises to generate rental income.

4. Locations of debtor's operations and whether the business premises are leased or owned: 8485 NW 54 Street, Doral, FL 33166 (the "Doral Property").

5. Reasons for filing chapter 11: The Debtor experienced a significant slowdown during the COVID-19 pandemic and incurred additional debt to sustain operations. The SBA also cancelled approved funding, which impacted the Debtor's ability to complete renovations of the Doral Property. Recovery has been incomplete, and a foreclosure action was filed against the Doral Property.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

- Maria C. Gonzalez – Manager/President
- Leonardo Gomez – Vice President

In 2024, Ms. Gonzalez's received compensation of approx. 7,400 from the Debtor and $61,000



Doc ID: defe7a94413c766364ee07259c20750de52adbb7

from IM-Lean. In 2025, Ms. Gonzalez received $2,954 from the Debtor and $5,783.36 from IM-Lean. Mr. Gomez did not receive any compensation during the past year.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

- 2025 (through June 30, 2025): $26,500
- 2024: $424,199

8. Amounts owed to various creditors:

a. Obligations owed to priority creditors including priority tax obligations: None

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

- SouthState Bank holds a first position mortgage on Doral Property. The balance, according to a May 6, 2025 Final Judgment of Foreclosure, is $743,810.26. The Debtor obtained an appraisal in April 2025 valuing the Doral Property at $692,000.
- Small Business Administration holds a second mortgage on the property with an outstanding balance of approximately $1.3 million. The Debtor does not believe that the SBA is secured.

c. Amount of unsecured claims:$359,000, not including the SBA's deficiency claim.

9. General description and approximate value of the debtor's assets:

- The Doral Property: $692,000
- Cash: $9,016.00 in the Debtor's bank account.
- Inventory: Approx. $12,000
- Accounts Receivable: $14,000

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: The Doral Property is insured under a policy issued to The Marsal Warehouse Condominium Association (Policy No. 0004898) with $1 million in coverage, expiring May 2026. The Debtor is in the process of securing liability insurance and will provide proof to the Office of the United States Trustee upon receipt.

11. Number of employees and amounts of wages owed as of petition date: The Debtor had two employees on the petition date. No wages are owed.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): The Debtor is current on payroll tax obligations.

13. Anticipated emergency relief to be requested within 14 days from the petition date: (1) Motion for Authority to Use Cash Collateral; and (2) Application to Employ Counsel.

________________________________________
Leonardo Gomez, Vice President

Lessne Hoffman, PLLC
Proposed Counsel for the Debtor
100 SE 3rd Avenue, 10th Floor
Fort Lauderdale, FL 33394
T. 954.372.5759
E.mhoffman@lessnehoffman.law

/s/ Michael S. Hoffman
Michael S. Hoffman
Florida Bar No.: 41164

Attach or file separately a Local Rule 2002-1(F) certificate of service reflecting manner and date of service on all affected parties.



Doc ID: defe7a94413c766364ee07259c20750de52adbb7

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Lessne Hoffman, PLLC has sent you a document to review and... |
| **File name** | Gylmar.Case Management Summary.pdf |
| **Document ID** | defe7a94413c766364ee07259c20750de52adbb7 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested on app.practicepanther.com and signed on app.practicepanther.com**

## Document History

| | | |
|---|---|---|
| SENT | **08 / 01 / 2025**<br>00:49:52 UTC | Sent for signature to Gomez, Leonardo (leo@chefcristy.com)<br>from mhoffman@lessnehoffman.law<br>IP: 98.203.64.168 |
| VIEWED | **08 / 01 / 2025**<br>00:50:21 UTC | Viewed by Gomez, Leonardo (leo@chefcristy.com)<br>IP: 67.191.40.197 |
| SIGNED | **08 / 01 / 2025**<br>00:50:37 UTC | Signed by Gomez, Leonardo (leo@chefcristy.com)<br>IP: 67.191.40.197 |
| COMPLETED | **08 / 01 / 2025**<br>00:50:37 UTC | The document has been completed. |